IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| VICTOR KIRKLAND, | ) | |
| | ) | |
| Plaintiff, | ) | 8:07CV482 |
| | ) | |
| v. | ) | |
| | ) | |
| GENERAL COLLECTION, Co., | ) | **MEMORANDUM** |
| RICHARD E. GEE, and RAYNOR, | ) | **AND ORDER** |
| RENSCH, & PFEIFFER, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on its own motion. Federal Rule of Civil Procedure 4(m) establishes the following time limit for service of process on the defendants in a civil case:

> **(m) Time Limit for Service**. If a defendant is not served within 120 days after the complaint is filed, the court--on motion or on its own after notice to the plaintiff--must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

Plaintiff filed his Complaint in this matter on December 19, 2007 and was issued summons by the Clerk of court as to Defendants General Collection, Richard E. Gee, and Raynor, Rensch & Pfeiffer on that same date. (Filing Nos. 1 & 3.) Accordingly, Plaintiff had until April 19, 2008 to effect service of process on Defendants. The deadline for service of process has passed and Plaintiff has failed to effect service of process on Defendants. (*See* Docket Sheet.)

Plaintiff shall have 30 days, or until June 5, 2008, to show cause why this case should not be dismissed due to Plaintiff's failure to serve summons.

IT IS THEREFORE ORDERED that:

1. Plaintiff failed to serve summons on Defendants by April 19, 2008. Plaintiff shall have 30 days, or until June 5, 2008, to show cause why this case should not be dismissed.

2. If Plaintiff does not respond, or if good cause is not shown, this action will be dismissed without further notice.

3. The Clerk of the court is directed to set a pro se case management deadline with the following text: June 5, 2008: deadline for Plaintiff to show cause why service of process was not completed.

May 5, 2008.    BY THE COURT:

　　　　　　　　　　　　　　　　　　*s/Richard G. Kopf*
　　　　　　　　　　　　　　　　　United States District Judge