IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| VICTOR KIRKLAND, | ) | |
| | ) | |
| Plaintiff, | ) | 8:07CV482 |
| | ) | |
| v. | ) | |
| | ) | |
| GENERAL COLLECTION, Co., | ) | **MEMORANDUM** |
| RICHARD E. GEE, and RAYNOR, | ) | **AND ORDER** |
| RENSCH, & PFEIFFER, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on its own motion. On May 5, 2008, the court entered a Memorandum and Order giving Plaintiff until June 5, 2008 to show cause why this case should not be dismissed due to Plaintiff's failure to serve summons on Defendants by April 19, 2008. Plaintiff was notified that "[i]f Plaintiff does not respond, or if good cause is not shown, this action will be dismissed without further notice." (Filing No. 6 at CM/ECF p. 2.) Plaintiff has not responded to the court's May 5, 2008 Memorandum and Order.

IT IS THEREFORE ORDERED that:

1. Plaintiff's Complaint and this action are dismissed without prejudice.

2. A separate Judgment will be entered.

July 14, 2008.            BY THE COURT:

                          s/*Richard G. Kopf*
                          United States District Judge